## WADE et al. v. LEACH.

(Circuit Court of Appeals, Fifth Circuit. October 11, 1924.)

No. 4255.

**Appeal and error ☞607(2)—Filing of præcipe for transcript, with proof of service, essential to appeal.**

Failure of an appellant to file præcipe with the clerk, with proof or acknowledgment of service, indicating the parts of the record to be incorporated into the transcript, as required by equity rule 75, is ground for dismissal of appeal.

Appeal from the District Court of the United States for the Southern District of Georgia; Wm. H. Barrett, Judge.

Suit in equity by L. S. Leach, trustee in bankruptcy of George H. Wade, Jr., against Anna Wade and George H. Wade, Jr. Decree for complainant, and defendants appeal. On motion to dismiss appeal. Granted.

John R. Cooper and W. O. Cooper, Jr., both of Macon, Ga., for appellants.

H. McWhorter, of Cochran, Ga., for appellee.

Before WALKER, BRYAN and KING, Circuit Judges.

WALKER, Circuit Judge. Motion is made to dismiss the appeal in this case on the grounds that there was a failure to comply with the requirements of equity rule 75 (226 U. S. 671, 33 S. Ct. xl) as to filing with the clerk of the court of proof or acknowledgment of service on the appellee or his solicitor of a copy of the præcipe, indicating the portions of the record to be incorporated into the transcript on this appeal, and as to the statement of the evidence in condensed form. It is disclosed that there was no compliance with those requirements, and that as a result of the failure to comply with the first-mentioned requirement material parts of the record in the case were omitted from the transcript. We think that the motion is well taken.

The appeal is dismissed.

## SCHMIDT v. UNITED STATES.

(Circuit Court of Appeals, Seventh Circuit. October 14, 1924.)

No. 3421.

**Indictment and information ☞196(4)—Insufficiency of verification waived by going to trial without objection.**

Insufficiency of verification supporting information is waived by accused going to trial without objection.

In Error to the District Court of the United States for the Southern Division of the Southern District of Illinois.

George Schmidt was convicted of crime, and he brings error. Affirmed.

L. E. Stone, of Springfield, Ill., for plaintiff in error.

Gertrude Warner Kindler, of Peoria, Ill., for the United States.

Before EVANS and PAGE, Circuit Judges, and GEIGER, District Judge.·

PER CURIAM. The information upon which plaintiff in error was convicted was supported by an an insufficient verification, and a reversal is now sought on account thereof. No objection was made to the information during the trial. It is asserted, however, that upon the motion in arrest of judgment this infirmity was pointed out, and, though such act does not appear of record, we accept this statement.

The decision in Farinelli v. United States (C. C. A.) 297 F. 198, covers the question so fully that we feel further discussion of it is unnecessary. The verification may be and is waived by the accused going to trial without objection. See, also, United States v. McDonald (D. C.) 293 F. 433; Abbott Bros. Co. v. United States, 242 F. 751, 155 C. C. A. 339.

The judgment is affirmed.